UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                           Plaintiff,        Criminal No. 07-148 RHK/FLN

           v.                         **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS**

Richard Yang,                        **AND POSITION PLEADINGS**

                           Defendant.

---

Chris Wilton, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Manny K. Atwal, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

      The Defendant's Motion for Extension of Time is GRANTED.

      **IT IS HEREBY ORDERED** that:

      All written correspondence be due to the Probation Office by October 17, 2007; and

      Position pleadings, if necessary, be filed electronically with the Clerk of Court by October 24, 2007.

Dated: October 10, 2007                s/Richard H. Kyle
                                                   Honorable Richard H. Kyle
                                                   United States District Court Judge